```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05303
   DALE T KOONS
   JULIA L KOONS                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4791    SSN XXX-XX-9456

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 03/24/2007 and was not confirmed.

     The case was dismissed without confirmation 07/19/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------------
OPTION ONE MORTGAGE      CURRENT MORTG        .00            .00            .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED           .00            .00
AFNI INC                 UNSECURED       NOT FILED           .00            .00
ANDERSON FINANCIAL NETWO UNSECURED       NOT FILED           .00            .00
ARMOR SYSTEMS CORP       UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          867.83           .00            .00
CALVARY PORTFOLIO SERVIC UNSECURED       NOT FILED           .00            .00
CDA PONTIAC              UNSECURED       NOT FILED           .00            .00
CENTRIX RESOURCE SYSTEM  UNSECURED       NOT FILED           .00            .00
CREDTRS COLL             UNSECURED       NOT FILED           .00            .00
H AND F LAW              UNSECURED       NOT FILED           .00            .00
H AND F LAW              UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED          128.86           .00            .00
KANSAS COUNSELORS        UNSECURED       NOT FILED           .00            .00
NCO-MEDCLR               UNSECURED       NOT FILED           .00            .00
NICOR GAS                UNSECURED         1269.34           .00            .00
PROFESSIONAL ACCOUNT MGM UNSECURED       NOT FILED           .00            .00
VILLAGE OF MATTESON      UNSECURED          250.00           .00            .00
OPTION ONE MORTGAGE      MORTGAGE ARRE        .00            .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 05303 DALE T KOONS & JULIA L KOONS
```

```
                           ---------------     ---------------
TOTALS                               .00                   .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/23/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE